IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. OHM, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | Case No.: 10-cv-1735-GLL |
| | ) | |
| v. | ) | Chief Judge Gary L. Lancaster |
| | ) | |
| THE BRADLEY CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David A. Ohm and Defendant The Bradley Center, by and through their respective counsel, stipulate and agree that pursuant to Fed. R. Civ. P. 41(a)(1) the Complaint and this action are dismissed with prejudice.

Respectfully submitted,

By: GOLDMAN SCHAFER & SPEAR P.C.

s/ David B. Spear
David B. Spear
Pa. ID No. 62133
Elena Rovner
Pa. ID No. 208686

2200 Lawyers Building
Pittsburgh, PA 15219
(412) 281-6488 (Telephone)
(412) 281-3226 (Facsimile)
david@gss-law.net

*Counsel for Plaintiff*

Respectfully submitted,

By: COHEN & GRIGSBY, P.C.

s/ Lisa L. Garrett
Lisa L. Garrett
Pa. ID No. 73918
Jennifer S. Park
Pa. ID No. 87733
Jessi D. Herman
Pa. ID No. 206504

625 Liberty Avenue
Pittsburgh, PA 15222-3152
(412) 297-4900 (Telephone)
(412) 209-0672 (Facsimile)
lgarrett@cohenlaw.com
jpark@cohenlaw.com
jherman@cohenlaw.com

*Counsel for Defendant*

Dated: April 29, 2011

SO ORDERED, this 29 day of April, 2011.

_____, C.J.